UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HICKS, | No. C 13-505 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| R. CHISMAN; et al., | |
| Defendants. | |

Plaintiff's motion to dismiss the complaint is GRANTED. (Docket # 5.) This action is dismissed without prejudice to plaintiff filing a new action.

IT IS SO ORDERED.

DATED: March 20, 2013

SUSAN ILLSTON
United States District Judge