**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HICKS,             No. C 13-505 SI (pr)

    Plaintiff,               **JUDGMENT**

    v.

R. CHISMAN; et al.,

    Defendants.
                                         /

This action is dismissed without prejudice to plaintiff filing a new action.

IT IS SO ORDERED AND ADJUDGED.

DATED: March 20, 2013

                                            SUSAN ILLSTON
                                            United States District Judge