UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HICKS, | No. C 13-505 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| R. CHISMAN; et al., | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing a new action.

IT IS SO ORDERED AND ADJUDGED.

DATED: March 20, 2013

　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　United States District Judge