UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS, | No. C 13-505 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| R. CHISMAN; et al., | |
| Defendants. | |

This action is dismissed because plaintiff has not paid the filing fee and may not proceed as a pauper in this action.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 13, 2013

_____
SUSAN ILLSTON
United States District Judge