UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS,<br><br>    Plaintiff,<br><br>  v.<br><br>R. CHISMAN; et al.,<br><br>    Defendants.<br>_____/ | No. C 13-505 SI (pr)<br><br>**JUDGMENT** |

    This action is dismissed because plaintiff has not paid the filing fee and may not proceed as a pauper in this action.

    IT IS SO ORDERED AND ADJUDGED.

Dated: June 13, 2013

                                                          _____<br>
                                                              SUSAN ILLSTON<br>
                                                        United States District Judge